NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000011
31-MAY-2012
09:12 AM

NO. CAAP-12-0000011

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiff-Appellee, v. SHIRLEY GOMES and MARTIN GOMES, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3RC 11-1-925)

ORDER GRANTING DEFENDANTS-APPELLANTS'S
UNOPPOSED MOTION TO WITHDRAW APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Unopposed Motion to Withdraw Appeal filed by Defendants-Appellants Shirley Gomes and Martin Gomes, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion to withdraw appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate attorneys' fees and costs.

DATED: Honolulu, Hawai'i, May 31, 2012.

Presiding Judge

Associate Judge

Associate Judge